# EXHIBIT B



DISH Network, L.L.C.  
9601 S. Meridian Boulevard  
Englewood, CO  80112

Invoice Number:              416923  
Invoice Date:                05/06/15  
Matter Number:            29515.00040  
Terms: *Payable Upon Receipt*

**INVOICE # 416923 SUMMARY**

| | |
|---|---:|
| Total Fees | $6,025.50 |
| Total Costs | $0.00 |
| Total for invoice # 416923 | $6,025.50 |

For Billing Questions, contact ERIC L ZALUD at (216) 363-4500 or fax to (216) 363-4588

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH 44114 ABA: 041000124 Account: 4224589959 | Visa, MasterCard or American Express Please call: (216) 363-4500 |
| Reference: 416923 | Reference: 416923 | |

Tax Identification Number: 34-6596918

**Cleveland    Columbus    Hackensack    Indianapolis    Philadelphia    Shanghai    Wilmington**

197362 v1



DISH Network, L.L.C.  
9601 S. Meridian Boulevard  
Englewood, CO  80112

Invoice Number: 416923  
Invoice Date: 05/06/15  
Matter Number: 29515.00040  
Terms: *Payable Upon Receipt*

Matter 00040 Helwig, Kristin v. Diversified Consultants, Inc., et al.

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/15:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 04/21/15 | ELZ | Had discussions and communications with Plaintiff's counsel regarding T-Mobile motion to quash filing | 0.20 | $84.00 |
| 04/22/15 | ELZ | Received and reviewed Plaintiff's motion to quash T-Mobile subpoena and brief in support | 0.40 | $168.00 |
| 04/22/15 | ELZ | Began work on opposition to Plaintiff's motion to quash | 0.20 | $84.00 |
| 04/22/15 | DMK | Review and analyze Plaintiff's Motion to Quash Subpoena | 0.40 | $114.00 |
| 04/22/15 | DMK | Research regarding Federal Rule of Civil Procedure 45 and prior notice in order to plan and prepare Brief in Opposition to Plaintiff's Motion to Quash Subpoena | 0.80 | $228.00 |
| 04/22/15 | LEK | Communicate with D. Krueger regarding his various questions about the case, causes of action, and strategy in preparation for D. Krueger to draft the opposition to Plaintiff's motion to quash | 0.40 | $110.00 |
| 04/22/15 | LEK | Review the file and prepare email to D. Krueger including the complaint, answer, subpoena, Plaintiff's motion to quash, summary of Western District of Wisconsin case, and docket due dates in preparation to draft the opposition to Plaintiff's motion to qua sh | 0.90 | $247.50 |
| 04/22/15 | LEK | Communicate with D. Krueger and G. Willson regarding proof of service of the subpoena in preparation to include in the opposition to Plaintiff's motion to quash | 0.40 | $110.00 |
| 04/22/15 | LEK | Review Plaintiff's motion to quash in preparation to outline responsive arguments | 0.60 | $165.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

DISH Network, L.L.C.      Invoice Number      416923
Matter Number: 29515.00040      Page  2
Invoice Date: 05/06/15

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/23/15 | ELZ | Received and reviewed Plaintiff's counsel's declaration in support of motion to quash as to T-Mobile records | 0.20 | $84.00 |
| 04/23/15 | ELZ | Continued work on brief in opposition to motion to quash T-Mobile subpoena | 0.20 | $84.00 |
| 04/23/15 | DMK | Plan and prepare Brief in Opposition to Plaintiff's Motion to Quash Subpoena, including review of Plaintiff's Complaint, Answer and discovery | 0.90 | $256.50 |
| 04/23/15 | DMK | Research regarding privacy interest in consumer phone records | 0.80 | $228.00 |
| 04/23/15 | DMK | Research regarding privacy interests in cellular tower data in order to plan and prepare Opposition to Motion to Quash | 1.40 | $399.00 |
| 04/23/15 | DMK | Research regarding Stored Communications Act and exemptions for production of cell tower data | 2.40 | $684.00 |
| 04/23/15 | DMK | Research regarding Stored Communications Act and implied waiver for putting call history at issue | 0.90 | $256.50 |
| 04/23/15 | DMK | Research regarding Stored Communications Act application to civil actions where plaintiff puts calls at issue | 0.60 | $171.00 |
| 04/23/15 | DMK | Research regarding Wisconsin statute and claims in Plaintiff's Complaint and location of accrual of cause of action in order to plan and prepare Brief in Opposition to Plaintiff's Motion to Quash | 0.70 | $199.50 |
| 04/23/15 | LEK | Communicate with D. Krueger regarding the case facts, the district case law, and grounds to transfer in preparation for D. Krueger to draft the opposition to Plaintiff's motion to quash | 0.40 | $110.00 |
| 04/24/15 | ELZ | Made revisions and additions to our brief in opposition to Plaintiff's motion to quash T-Mobile subpoena | 0.40 | $168.00 |
| 04/24/15 | DMK | Draft and revise Brief in Opposition to Plaintiff's Motion to Quash Subpoena | 4.50 | $1,282.50 |
| 04/24/15 | LEK | Review and revise the opposition to Plaintiff's motion to quash | 0.80 | $220.00 |
| 04/24/15 | LEK | Communicate with D. Krueger regarding the opposition to Plaintiff's motion to quash arguments, case law, and footnotes | 0.40 | $110.00 |
| 04/29/15 | ELZ | Prepared for upcoming telephonic hearing as to motion to quash | 0.30 | $126.00 |
| 04/29/15 | ELZ | Continued preparation for and conducted telephonic hearing on plaintiff's motion to quash and prevail | 0.80 | $336.00 |

| | |
|---|---|
| DISH Network, L.L.C. | Invoice Number 416923 |
| Matter Number: 29515.00040 | Page 3 |
| Invoice Date: 05/06/15 | |

TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| ERIC L ZALUD | 2.70 hours at | $420.00 | = | $1,134.00 |
| LAURA E. KOGAN | 3.90 hours at | $275.00 | = | $1,072.50 |
| DAVID M. KRUEGER | 13.40 hours at | $285.00 | = | $3,819.00 |

Total Current Fees $6,025.50

FOR COSTS AND EXPENSES INCURRED THROUGH 04/30/15:

**TOTAL AMOUNT OF THIS INVOICE** **$6,025.50**

For Billing Questions, contact ERIC L ZALUD at (216) 363-4500 or fax to (216) 363-4588

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander | Benesch Friedlander | Benesch Friedlander |
| Coplan & Aronoff LLP | Coplan & Aronoff LLP | Coplan & Aronoff LLP |
| Attn: Accounting Dept. | PNC Bank | Visa, MasterCard or |
| 200 Public Square #2300 | Cleveland, OH 44114 | American Express |
| Cleveland, OH 44114-2378 | ABA: 041000124 | Please call: |
| | Account: 4224589959 | (216) 363-4500 |
| Reference: 416923 | Reference: 416923 | |

Tax Identification Number: 34-6596918

**Cleveland    Columbus    Hackensack    Indianapolis    Philadelphia    Shanghai
Wilmington**