UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Kristin Helwig,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Diversified Consultants, Inc., a Florida Corporation, d/b/a Diversified Credit, Inc. and DISH Network L.L.C.,<br><br>　　　　Defendants. | Case No. 3:14-cv-00854-bbc<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DISH NETWORK, L.L.C. ONLY** |

Based upon the Stipulation of Dismissal with Prejudice as to Defendant DISH Network, L.L.C. filed by the parties on May 11, 2015 [Docket No. 33],

**IT IS HEREBY ORDERED** that the Complaint against Defendant DISH Network, L.L.C. is dismissed on its merits with prejudice and without costs, disbursements, or attorney's fees to any party. This Order has no effect on the Complaint against Defendant Diversified Consultants, Inc., and those claims will proceed accordingly.

BY THE COURT:

Dated: May 12, 2015

_Barbara B Crabb_
Hon. BARBARA B. CRABB
District Judge